**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Dean<br>First name<br><br>R<br>Middle name<br><br>Mon<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-4569 | |

Debtor 1  **Dean R Mon**                                            Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN |
| **5. Where you live** | **345 Ocean Blvd; Apt 306**<br>**Long Branch, NJ 07740**<br>Number, Street, City, State & ZIP Code<br><br>**Monmouth**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br><br>Number, Street, City, State & ZIP Code<br><br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Dean R Mon**                                Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| | Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |
| | Debtor | _____ | | | Relationship to you | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

☐ No.    Go to line 12.

■ Yes.    Has your landlord obtained an eviction judgment against you?

　　　　　■ No. Go to line 12.

　　　　　☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    **Dean R Mon**                                                      Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12.  Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

---

**13.  Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

■ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Dean R Mon**                                    Case number *(if known)*

**Part 5:**    **Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| *You must check one:* | *You must check one:* |
| ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| ☐ **I am not required to receive a briefing about credit counseling because of:** | ☐ **I am not required to receive a briefing about credit counseling because of:** |
| ☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. | ☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. |
| ☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | ☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| ☐ **Active duty.**<br>I am currently on active military duty in a military combat zone. | ☐ **Active duty.**<br>I am currently on active military duty in a military combat zone. |
| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    **Dean R Mon**                                                    Case number *(if known)*

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

**16a.**  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.**  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.**  State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

■ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Dean R Mon**

| **Dean R Mon** | | Signature of Debtor 2 |
|---|---|---|
| Signature of Debtor 1 | | |

Executed on    **May 28, 2021**                          Executed on

MM / DD / YYYY                                            MM / DD / YYYY

---

Debtor 1    **Dean R Mon**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Richard D. Trenk**

Signature of Attorney for Debtor

Date    **May 28, 2021**

MM / DD / YYYY

**Richard D. Trenk**

Printed name

**Trenk Isabel P.C.**

Firm name

**290 W. Mt. Pleasant Avenue, Suite 2350**
**Livingston, NJ 07039**

Number, Street, City, State & ZIP Code

Contact phone    **973-533-1040**

Email address    **rtrenk@trenkisabel.law**

**016951982 NJ**

Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Dean R Mon** |
| | First Name___Middle Name___Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name___Middle Name___Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | Unsecured claim |
|---|---|---|
| **1** | What is the nature of the claim? **Business debt which may have been personally guaranteed by the debtor** | $466,297.80 |
| **Amboy National Bank**<br>**3590 US Hwy 9**<br>**Old Bridge, NJ 08857** | As of the date you file, the claim is: Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>☐ None of the above apply | |
| | Does the creditor have a lien on your property?<br>■ No<br>☐ Yes. Total claim (secured and unsecured) | |
| Contact | | |
| **(732) 591-8700** | Value of security:  -<br>Unsecured claim | |
| Contact phone | | |

| | | |
|---|---|---|
| **2** | What is the nature of the claim? **Business debt** | $122,284.84 |
| **Anthony Bevilacqua**<br>**3 Kyle Court**<br>**Somerville, NJ 08876** | As of the date you file, the claim is: Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>☐ None of the above apply | |
| | Does the creditor have a lien on your property? | |

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Dean R Mon**                                              Case number *(if known)* _____

|  | ■ | No |  |
|---|---|---|---|
| Contact | ☐ | Yes. Total claim (secured and unsecured) | |
| Contact phone | | Value of security: | - _____ |
| | | Unsecured claim | _____ |

---

| **3** | | What is the nature of the claim? | **Business debt which may have been personally guaranteed by the debtor** | **$2,184,000.00** |

**BCB Community Bank**
**591-595 Avenue C**
**Bayonne, NJ 07002**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**David Fornal, Esq.**

**dfornal@maselliwarren.com**
Contact

**609-452-8411**
Contact phone

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)  _____

Value of security:  - _____
Unsecured claim  _____

---

| **4** | **Concrete Systems, Inc.** | What is the nature of the claim? | **Business debt** | **$1,649,810.47** |

**45 Lupine Way**
**Stirling, NJ 07980**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Paul V. Ferniocola, Esq.**

**pvf@fernicolalaw.com**
Contact

**732-345-0600**
Contact phone

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)  _____

Value of security:  - _____
Unsecured claim  _____

---

| **5** | **Core Transport Inc.** | What is the nature of the claim? | **Business debt** | **$103,178.80** |

**30 Wedgewood Drive**
**Woodland Park, NJ 07424**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Marion Frazier**

Does the creditor have a lien on your property?

- ■ No

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Dean R Mon** | | Case number *(if known)* | |
|---|---|---|---|---|

Contact

| | ☐ | Yes. Total claim (secured and unsecured) | |
|---|---|---|---|

973-521-9200
Contact phone

Value of security:    -
Unsecured claim

---

**6**

**CPA Architecture, LLC**
**6401 Park Ave #201**
**West New York, NJ 07093**

**What is the nature of the claim?**    **Business debt**    $65,078.51

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Albert Arencibia**

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact

201-868-0701
Contact phone

Value of security:    -
Unsecured claim

---

**7**

**Dynamic Earth, LLC**
**245 Main St #110**
**Chester, NJ 07930**

**What is the nature of the claim?**    **Business debt**    $133,553.75

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Joseph G. LePore, Esq.**

**Does the creditor have a lien on your property?**

jglepore@leporeluzzi.com
Contact

■ No
☐ Yes. Total claim (secured and unsecured)

732-920-5500
Contact phone

Value of security:    -
Unsecured claim

---

**8**

**Esposito Construction, LLC**
**253 Main Streetm Suite 385**
**Matawan, NJ 07747**

**What is the nature of the claim?**    **Business debt**    $76,261.85

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Matthew Esposito**

**Does the creditor have a lien on your property?**

info@espositoconstruction.net
Contact

■ No
☐ Yes. Total claim (secured and unsecured)

732-721-4600
Contact phone

Value of security:    -
Unsecured claim

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Dean R Mon** | Case number *(if known)* | |
|---|---|---|---|

---

**9**

George Baldwin
7002 Kennedy Blvd East
Apt 16B
Guttenberg, NJ 07093

George Baldwin

Contact

Contact phone

**What is the nature of the claim?**   **Business debt**   $209,670.83

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

---

**10**

George Peek
c/o ERGS, Inc.
9345 Lemmon Dr
Reno, NV 89506

George Peek

Contact

Contact phone

**What is the nature of the claim?**   **Business debt**   $165,000.00

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

---

**11**

Jacinto Plumbing & Heating
70 Voorhees Street
Newark, NJ 07108

Jacinto Fidalgo

info@jacintoplumbing.com
Contact

973-242-2412
Contact phone

**What is the nature of the claim?**   **Business debt**   $51,500.00

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

  Value of security: -
  Unsecured claim

---

**12**

JINCO
287 Julianne Terrace
Secaucus, NJ 07094

**What is the nature of the claim?**   **Business debt**   $400,000.00

**As of the date you file, the claim is:** Check all that apply

■ Contingent

---

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Dean R Mon** | | Case number *(if known)* | |

■ Unliquidated

■ Disputed

☐ None of the above apply

**Does the creditor have a lien on your property?**

rene@jincoinc.com

Contact

■ No

☐ Yes. Total claim (secured and unsecured)

201-852-3918

Contact phone

Value of security:                                    -

Unsecured claim

---

**13**

Josh Jones
215 Manhattan Ave, Apt 5A
Union City, NJ 07087

**What is the nature of the claim?**     **Business debt**          **$125,000.00**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

☐ None of the above apply

Josh Jones

**Does the creditor have a lien on your property?**

■ No

Contact

☐ Yes. Total claim (secured and unsecured)

Contact phone

Value of security:                                    -

Unsecured claim

---

**14**

Michael R. Fink, Esq.
128 South Warren Street
Trenton, NJ 08608

**What is the nature of the claim?**     **Business debt**          **$73,358.05**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

☐ None of the above apply

Michael R. Fink, Esq.

**Does the creditor have a lien on your property?**

mrfink@att.net

■ No

Contact

☐ Yes. Total claim (secured and unsecured)

609-695 0679

Contact phone

Value of security:                                    -

Unsecured claim

---

**15**

Millennium Trust Company, LLC
2001 Spring Rd Ste 700
Oak Brook, IL 60523-1890

**What is the nature of the claim?**     **Business debt which may have been personally guaranteed by the debtor**          **$311,250.00**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

B 104 (Official Form 104)       For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims       Page 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1    **Dean R Mon**                                    Case number *(if known)* _____

| | | |
|---|---|---|
| | ☐ None of the above apply | |

**Tyler J. Kandel, Esq.**

**Does the creditor have a lien on your property?**

**tkandel@sillscummis.com**

■ No
Contact

☐ Yes. Total claim (secured and unsecured)    _____

**973-643-7000**

Value of security:
Contact phone

-    _____

Unsecured claim    _____

---

**16**

**What is the nature of the claim?**    **Business debt which may have been personally guaranteed by the debtor**    **$518,904.11**

**Millennium Trust Company, LLC**
**2001 Spring Rd Ste 700**
**Oak Brook, IL 60523-1890**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

☐ None of the above apply

**Tyler J. Kandel, Esq.**

**Does the creditor have a lien on your property?**

**tkandel@sillscummis.com**

■ No
Contact

☐ Yes. Total claim (secured and unsecured)    _____

**973-643-7000**

Value of security:
Contact phone

-    _____

Unsecured claim    _____

---

**17**    **ProTec Documentation Services, Inc.**
**PO Box 266**
**Rancocas, NJ 08073**

**What is the nature of the claim?**    **Business debt**    **$37,275.00**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

☐ None of the above apply

**Henry I. Langsam, Esq.**

**Does the creditor have a lien on your property?**

**dkuestner@lssh-law.com**

■ No
Contact

☐ Yes. Total claim (secured and unsecured)    _____

**215-732-3255**

Value of security:
Contact phone

-    _____

Unsecured claim    _____

---

**18**    **PSE&G**
**80 Park Pl**
**Newark, NJ 07102**

**What is the nature of the claim?**    **Business debt**    **$40,795.25**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

☐ None of the above apply

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **Dean R Mon**                                          Case number *(if known)* _____

**Gary R. Studen, Esq.**                    Does the creditor have a lien on your property?

gary.studen@pseg.com                        ■ No
Contact                                      ☐ Yes. Total claim (secured and unsecured)    _____

201-306-9440                                 Value of security:                    - _____
Contact phone                                Unsecured claim                         _____

---

**19**    Ronald Sozio                      What is the nature of the claim?    **Business debt**    $150,000.00
          34 Durham Road
          Skillman, NJ 08558                As of the date you file, the claim is: Check all that apply
                                             ■ Contingent
                                             ■ Unliquidated
                                             ■ Disputed
                                             ☐ None of the above apply

          Ronald Sozio                      Does the creditor have a lien on your property?

                                             ■ No
Contact                                      ☐ Yes. Total claim (secured and unsecured)    _____

Contact phone                                Value of security:                    - _____
                                             Unsecured claim                         _____

---

**20**    Simpson & Brown, Inc.            What is the nature of the claim?    **Business debt**    $518,220.00
          119 North Avenue West
          Cranford, NJ 07016               As of the date you file, the claim is: Check all that apply
                                             ■ Contingent
                                             ■ Unliquidated
                                             ■ Disputed
                                             ☐ None of the above apply

          John Greco                        Does the creditor have a lien on your property?

jgreco@bvgklaw.com                          ■ No
Contact                                      ☐ Yes. Total claim (secured and unsecured)    _____

732-530-4646                                 Value of security:                    - _____
Contact phone                                Unsecured claim                         _____

---

**Part 2:**    **Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X    **/s/ Dean R Mon**                          X    _____
     **Dean R Mon**                                   Signature of Debtor 2
     Signature of Debtor 1

Date    **May 28, 2021**                         Date    _____

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Dean R Mon** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... $ 0.00

   1b. Copy line 62, Total personal property, from Schedule A/B................................................. $ 575,853.81

   1c. Copy line 63, Total of all property on Schedule A/B......................................................... $ 575,853.81

### Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*... $ 450,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... $ 0.00

   3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $ 7,638,011.09

| | Your total liabilities | $ 8,088,011.09 |
|---|---|---|

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*............................................... $ 2,714.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................ $ 5,955.00

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          **Summary of Your Assets and Liabilities and Certain Statistical Information**          page 1 of 2

Debtor 1    **Dean R Mon**                                          Case number *(if known)* _____

8. **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form          $ _____
   122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |

9g. **Total.** Add lines 9a through 9f.                                $ _____

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **Dean R Mon** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number | | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

 ■ No. Go to Part 2.
☐ Yes. Where is the property?

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Lexus** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **ES 300h** | ■ Debtor 1 only | |
| | Year: | **2021** | ☐ Debtor 2 only | |
| | Approximate mileage: | **2000** | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Leased vehicle (not property of the estate)** | | ☐ Check if this is community property (see instructions) | $0.00 / $0.00 |

| 3.2 | Make: | **Harley** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Road King** | ☐ Debtor 1 only | |
| | Year: | **2014** | ☐ Debtor 2 only | |
| | Approximate mileage: | **9500** | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property (see instructions) | $9,000.00 / $9,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1    **Dean R Mon**                                                    Case number *(if known)*

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
pages you have attached for Part 2. Write that number here**..................................................=>    | **$9,000.00** |

---

**Part 3:**   **Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | Household Goods and Furnishings | $2,500.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | Electronics | $1,000.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes.  Describe.....

    | 45 Caliber Gun and box of ammunition | $550.00 |
    |---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

    | Clothes | $1,000.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes.  Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

---

Official Form 106A/B                          Schedule A/B: Property                                    page 2

| Debtor 1 | **Dean R Mon** | Case number *(if known)* | |

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..........................................................................

**$5,050.00**

| **Part 4:** | **Describe Your Financial Assets** | |
|---|---|---|
| Do you own or have any legal or equitable interest in any of the following? | | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes.............................................................................................................

| | Cash | $250.00 |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes.......................      Institution name:

| 17.1. | **Checking Account** | **Amboy Bank account ending in 0236** | $34,892.00 |
| 17.2. | **Checking Account** | **Bank of America account ending in 2147** | $258,694.00 |
| 17.3. | **Investment Account** | **E-Trade Securities account ending in 2890** | Unknown |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes..................      Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes. Give specific information about them..................

| Name of entity: | % of ownership: | |
|---|---|---|
| **175 West 7th Urban Renewal LLC (f/k/a 175 West 7th LLC)** | **70** % | Unknown |
| **D. R. Mon Group, Inc.** | **100** % | Unknown |
| **Jaclyn 40, LLC** | **75** % | Unknown |
| **Liberty Park at Union City LLC** | **50** % | Unknown |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Dean R Mon**                                                    Case number *(if known)*

| | | | |
|---|---|---|---|
| **MJM Real Estate** | **100** | % | **Unknown** |
| **Mon Group Properties, Inc.** | **100** | % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                      Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                      Type of account:              Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ■ Yes. .....................              Institution name or individual:

| | | |
|---|---|---|
| **Rent** | **Prepayment to residential landlord Blackridge Realty Inc.** | **$55,200.00** |
| **Rent** | **Security Deposit paid to residential landlord Blackridge Realty Inc.** | **$4,600.00** |

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............              Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............              Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No
    ■ Yes.  Give specific information about them...

| | |
|---|---|
| **Dean R. Mon Irrevocable Trust** | **Unknown** |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                          **Current value of the portion you own?**
                                                                            Do not deduct secured claims or exemptions.

Debtor 1  **Dean R Mon**                                              Case number *(if known)*

**28. Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes.  Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☐ No
- ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Nationwide Life Insurance Policy; Contract # ending in 5580** | **D.R. Mon Group, Inc.** | **$0.00** |
| **Nationwide Life Insurance Policy; Contract # ending in 8750** | **Dean R. Mon Irrev Trust** | **$0.00** |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
someone has died.
- ■ No
- ☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**
- ■ No
- ☐ Yes.  Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................................................**

| $353,636.00 |
|---|

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
- ☐ No. Go to Part 6.
- ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured

Debtor 1    **Dean R Mon**

Case number *(if known)*

claims or exemptions.

38. **Accounts receivable or commissions you already earned**
☐ No
☑ Yes.  Describe.....

| Account Receivable due from Liberty Park at Union City, LLC | $826.00 |

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☑ No
☐ Yes.  Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☑ No
☐ Yes.  Describe.....

41. **Inventory**
☑ No
☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
☑ No
☐ Yes.  Give specific information about them....................
Name of entity:                                  % of ownership:

43. **Customer lists, mailing lists, or other compilations**
☑ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☑ No
☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
☐ No
☑ Yes. Give specific information.........

| Loan made by the Debtor to 175 West 7th Urban Renewal LLC | $207,341.81 |

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................................................................ | $208,167.81 |

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
☐ Yes.  Go to line 47.

**Part 7:**    Describe All Property You Own or Have an Interest in That You Did Not List Above

Debtor 1    **Dean R Mon**                                                    Case number *(if known)*

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here**  ...................................    | **$0.00** |

| Part 8: | List the Totals of Each Part of this Form |

55.  **Part 1: Total real estate, line 2**  .................................................................................................    **$0.00**

56.  **Part 2: Total vehicles, line 5**                                        **$9,000.00**

57.  **Part 3: Total personal and household items, line 15**                   **$5,050.00**

58.  **Part 4: Total financial assets, line 36**                              **$353,636.00**

59.  **Part 5: Total business-related property, line 45**                     **$208,167.81**

60.  **Part 6: Total farm- and fishing-related property, line 52**                **$0.00**

61.  **Part 7: Total other property not listed, line 54**          +               **$0.00**

62.  **Total personal property.** Add lines 56 through 61...     **$575,853.81**     Copy personal property total      **$575,853.81**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62           | **$575,853.81** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Dean R Mon** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2014 Harley Road King 9500 miles**<br>Line from *Schedule A/B*: **3.2** | $9,000.00 | ■  $4,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **Household Goods and Furnishings**<br>Line from *Schedule A/B*: **6.1** | $2,500.00 | ■  $2,500.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Electronics**<br>Line from *Schedule A/B*: **7.1** | $1,000.00 | ■  $1,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **45 Caliber Gun and box of ammunition**<br>Line from *Schedule A/B*: **10.1** | $550.00 | ■  $550.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Clothes**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■  $1,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  **Dean R Mon**

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking Account: Amboy Bank account ending in 0236**<br>Line from *Schedule A/B*: **17.1** | $34,892.00 | ■ $13,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐  No

        ☐  Yes

**Schedule C: The Property You Claim as Exempt**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Dean R Mon** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

| | Column A | Column B | Column C |

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1**

**Bighorn Investments Group LTD**
Creditor's Name

3500 Lakeside Court, Suite 201
Reno, NV 89509

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

**175 West 7th Urban Renewal LLC (f/k/a 175 West 7th LLC) 70 % ownership**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **UCC**

Last 4 digits of account number _____

| $50,000.00 | Unknown | Unknown |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Dean R Mon**

First Name        Middle Name        Last Name        Case number (if known) _____

---

| 2.2 | **JRK Group, LLC** | Describe the property that secures the claim: | $250,000.00 | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

> **Liberty Park at Union City LLC**
> **50 % ownership**

**PO Box 1987**
**Palmer, AK 99645**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

■ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **UCC**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.3 | **Lance Maiss** | Describe the property that secures the claim: | $150,000.00 | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

> **175 West 7th Urban Renewal LLC**
> **(f/k/a 175 West 7th LLC)**
> **70 % ownership**

**3495 San Mateo Avenue**
**Reno, NV 89509**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

■ Contingent

■ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **UCC**

Date debt was incurred _____    Last 4 digits of account number _____

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $450,000.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $450,000.00 |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case:**

| Debtor 1 | **Dean R Mon** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | **Divison of Taxation** | | | |
| | Priority Creditor's Name | | | |
| | **124 Halsey Street** | | | |
| | **Second Floor** | | | |
| | **Newark, NJ 07102** | | | |
| | Number Street City State Zip Code | | | |

Last 4 digits of account number _____   **$0.00**    **$0.00**    **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**For Noticing Purposes Only**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    56352                    Best Case Bankruptcy

Debtor 1  **Dean R Mon**

Case number (if known) _____

---

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number _____ _____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**Special Procedures Branch**
**PO Box 744**
**Springfield, NJ 07081-0744**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

□ Domestic support obligations

■ Taxes and certain other debts you owe the government

□ Claims for death or personal injury while you were intoxicated

□ Other. Specify  _____

**For Noticing Purposes Only**

---

| 2.3 | **Internal Revenue Service** | Last 4 digits of account number _____ _____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**Attn: District Director**
**955 S. Springfield Avenue**
**Springfield, NJ 07081**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

□ Domestic support obligations

■ Taxes and certain other debts you owe the government

□ Claims for death or personal injury while you were intoxicated

□ Other. Specify  _____

**For Noticing Purposes Only**

---

| 2.4 | **Internal Revenue Service** | Last 4 digits of account number _____ _____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**Office of the Chief Counsel**
**One Newark Center, Suite 1500**
**Newark, NJ 07102**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

□ Domestic support obligations

■ Taxes and certain other debts you owe the government

□ Claims for death or personal injury while you were intoxicated

□ Other. Specify  _____

**For Noticing Purposes Only**

---

Debtor 1    **Dean R Mon**

Case number (if known) _____

---

| 2.5 | **Internal Revenue Service** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**For Noticing Purposes Only**

---

| 2.6 | **New Jersey Divsion of Taxation** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**Bankruptcy Section**
**PO Box 245**
**Trenton, NJ 08695-0245**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**For Noticing Purposes Only**

---

| 2.7 | **Office of the Attorney General** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**Divsion of Law**
**PO Box 080**
**Trenton, NJ 08625-0080**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**For Noticing Purposes Only**

---

Debtor 1    **Dean R Mon**

Case number (if known) _____

---

| 2.8 | **State of New Jersey** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**Divsion of Taxation**
**Sales & Use Tax**
**PO Box 999**
**Trenton, NJ 08625**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**For Noticing Purposes Only**

---

| 2.9 | **State of New Jersey** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**Division of Taxation - Gross**
**Income Tax**
**50 Barrack Street**
**PO Box 269**
**Trenton, NJ 08625**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**For Noticing Purposes Only**

---

| 2.10 | **State of New Jersey** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**Department of Labor**
**Divison of Employer Accounts**
**PO Box 379**
**Trenton, NJ 08625-0059**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**For Noticing Purposes Only**

---

Debtor 1    **Dean R Mon**                                                    Case number (if known)

| 2.1 / 1 | **United States Attorney** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**970 Broad Street**
**5th Floor**
**Newark, NJ 07102**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**For Noticing Purposes Only**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|---|---|---|---|

| 4.1 | **All Guard Fence Co., Inc.** | Last 4 digits of account number _____ | **$2,400.00** |

Nonpriority Creditor's Name

**547 Gutheil Place**
**Lyndhurst, NJ 07071**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1    **Dean R Mon**

Case number (if known)

---

**4.2** | **Amboy National Bank** | Last 4 digits of account number    **8100** | **$466,297.80**

Nonpriority Creditor's Name

**3590 US Hwy 9**
**Old Bridge, NJ 08857**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt which may have been personally guaranteed by the debtor**

---

**4.3** | **American Express** | Last 4 digits of account number    **7001** | **$14,233.98**

Nonpriority Creditor's Name

**PO Box 1270**
**Newark, NJ 07101-1270**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit card purchases**

---

**4.4** | **Anthony Bevilacqua** | Last 4 digits of account number | **$122,284.84**

Nonpriority Creditor's Name

**3 Kyle Court**
**Somerville, NJ 08876**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1    **Dean R Mon**

Case number (if known)

---

| 4.5 | **Atlantic A Prog of De Lage** | Last 4 digits of account number    **5588** | $353.78 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 41602**
**Philadelphia, PA 19101-1602**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.6 | **Bank of America** | Last 4 digits of account number    **0850** | $3,395.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 982234**
**El Paso, TX 79998-2234**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases**

---

| 4.7 | **BCB Community Bank** | Last 4 digits of account number    **0403** | $2,184,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**591-595 Avenue C**
**Bayonne, NJ 07002**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt which may have been personally guaranteed by the debtor**

---

Debtor 1    **Dean R Mon**                                                            Case number (if known) _____

---

| 4.8 | **Beyond Door Services Group** | Last 4 digits of account number _____ | **$5,298.20** |

Nonpriority Creditor's Name
**190 Fairmount Ave**
**Jersey City, NJ 07306**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Business debt**

---

| 4.9 | **BZK Holdings Broad, LLC** | Last 4 digits of account number    **7820** | **Unknown** |

Nonpriority Creditor's Name
**and E Group Ventures Shrewsbury, LLC**
**c/o Lori C. Greenberg & Assoc.**
**1 Eves Drive, Suite 111**
**Marlton, NJ 08053**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Business debt**

---

| 4.10 | **Chase Slate** | Last 4 digits of account number    **5552** | **$2,227.78** |

Nonpriority Creditor's Name
**PO Box 1423**
**Charlotte, NC 28201-1423**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Credit card purchases**

---

Debtor 1   **Dean R Mon**

Case number *(if known)* _____

---

**4.1**
**1**

**Chase United**
Nonpriority Creditor's Name

**PO Box 1423**
**Charlotte, NC 28201-1423**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

�■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

�■ No
☐ Yes

Last 4 digits of account number   **7172**                              **$3,823.30**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
�■ Other. Specify   **Credit card purchases**

---

**4.1**
**2**

**City of Bayonne**
Nonpriority Creditor's Name

**630 Avenue C**
**Bayonne, NJ 07002**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
�■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

�■ No
☐ Yes

Last 4 digits of account number   _____                          **$20,448.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

�■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt related to construction traffic control**

---

**4.1**
**3**

**Comcast**
Nonpriority Creditor's Name

**PO Box 69**
**Newark, NJ 07101-0069**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
�■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

�■ No
☐ Yes

Last 4 digits of account number   **3777**                              **$379.79**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

�■ Contingent
�■ Unliquidated
�■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
�■ Other. Specify   **Business debt**

---

Debtor 1    **Dean R Mon**    Case number (if known) _____

---

**4.1
4**    **Concrete Systems, Inc.**    Last 4 digits of account number _____    **$1,649,810.47**

Nonpriority Creditor's Name

**45 Lupine Way
Stirling, NJ 07980**    When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.    **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only    ■ Contingent

☐ Debtor 1 and Debtor 2 only    ■ Unliquidated

■ At least one of the debtors and another    ■ Disputed

**☐ Check if this claim is for a community
debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Business debt**

---

**4.1
5**    **Connell Foley LLP**    Last 4 digits of account number _____    **$13,946.65**

Nonpriority Creditor's Name

**56 Livingston Avenue
Roseland, NJ 07068**    When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.    **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only    ■ Contingent

☐ Debtor 1 and Debtor 2 only    ■ Unliquidated

■ At least one of the debtors and another    ■ Disputed

**☐ Check if this claim is for a community
debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Business debt**

---

**4.1
6**    **Core Transport Inc.**    Last 4 digits of account number _____    **$103,178.80**

Nonpriority Creditor's Name

**30 Wedgewood Drive
Woodland Park, NJ 07424**    When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.    **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only    ■ Contingent

☐ Debtor 1 and Debtor 2 only    ■ Unliquidated

■ At least one of the debtors and another    ■ Disputed

**☐ Check if this claim is for a community
debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Business debt**

---

Debtor 1   **Dean R Mon**                                                    Case number (if known)

---

| 4.1 7 | **CPA Architecture, LLC** | Last 4 digits of account number _____ | $65,078.51 |

Nonpriority Creditor's Name

**6401 Park Ave #201**
**West New York, NJ 07093**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Contingent
☐ Unliquidated
■ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.1 8 | **De Lage Financial Services, Inc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**Lease Processing Center**
**1111 Old Eagle School Road**
**Wayne, PA 19087**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Contingent
■ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.1 9 | **Discover Bank** | Last 4 digits of account number  **1986** | $3,569.29 |

Nonpriority Creditor's Name

**PO Box 70176**
**Philadelphia, PA 19176-0176**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

Debtor 1    **Dean R Mon**

Case number *(if known)*

---

**4.2 0**

**Donald Drywall, LLC**

Nonpriority Creditor's Name

**646 Cross Street**
**Bldg B, Unit # 26**
**Lakewood, NJ 08701**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

**$1,300.00**

---

**4.2 1**

**Dynamic Earth, LLC**

Nonpriority Creditor's Name

**245 Main St #110**
**Chester, NJ 07930**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

**$133,553.75**

---

**4.2 2**

**Dynamic Engineering Consultant**

Nonpriority Creditor's Name

**245 Main St #110**
**Chester, NJ 07930**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

**$1,304.05**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Dean R Mon**                                     Case number (if known)

---

| 4.2 3 | **Dynamic Survey, LLC** | Last 4 digits of account number | | $17,494.37 |

Nonpriority Creditor's Name

**1904 Main St**
**Lake Como, NJ 07719**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

---

| 4.2 4 | **Esposito Construction, LLC** | Last 4 digits of account number | | $76,261.85 |

Nonpriority Creditor's Name

**253 Main Streetm Suite 385**
**Matawan, NJ 07747**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

---

| 4.2 5 | **Evergreen Recycling Solutions LLC** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**110 Evergreen Avenue**
**Newark, NJ 07114**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

---

Debtor 1  **Dean R Mon**

Case number (if known) _____

---

4.2
6

**Fittin Hammitt**                                  Last 4 digits of account number _____                    **$0.00**

Nonpriority Creditor's Name

**1213 Magnolia Ave**                              When was the debt incurred? _____
**Sea Girt, NJ 08750**

Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                     ■ Contingent

☐ Debtor 2 only                                     ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                        ■ Disputed

■ At least one of the debtors and another           Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**        ☐ Student loans
**debt**
                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                    ■ Other. Specify   **Business debt which may have been**
☐ Yes                                                                  **personally guaranteed by the debtor**

---

4.2
7

**FTR Electrical & Mechanical Co**                 Last 4 digits of account number _____                   **$21,940.00**

Nonpriority Creditor's Name

**114 Wyoming Ave**                                When was the debt incurred? _____
**Union, NJ 07083**

Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                     ■ Contingent

☐ Debtor 2 only                                     ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                        ■ Disputed

■ At least one of the debtors and another           Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**        ☐ Student loans
**debt**
                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify   **Business debt**

---

4.2
8

**George Baldwin**                                 Last 4 digits of account number _____                  **$209,670.83**

Nonpriority Creditor's Name

**7002 Kennedy Blvd East**                         When was the debt incurred? _____
**Apt 16B**
**Guttenberg, NJ 07093**

Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                     ■ Contingent

☐ Debtor 2 only                                     ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                        ■ Disputed

■ At least one of the debtors and another           Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**        ☐ Student loans
**debt**
                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify   **Business debt**

---

Debtor 1  **Dean R Mon**

Case number (if known)

---

| 4.2 9 | **George Peek** | Last 4 digits of account number | | $165,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o ERGS, Inc.**
**9345 Lemmon Dr**
**Reno, NV 89506**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

---

| 4.3 0 | **GFeller Laurie LLP** | Last 4 digits of account number | | $10,505.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**977 Farmington Avenue, Suite 200**
**West Hartford, CT 06107**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

---

| 4.3 1 | **Great America Leasing Corp.** | Last 4 digits of account number | 0000 | $444.26 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 660831**
**Dallas, TX 75266-0831**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

---

Debtor 1    **Dean R Mon**                                                    Case number (if known)

---

| 4.3<br>2 | **Hudson County MLS** | Last 4 digits of account number | $135.00 |

Nonpriority Creditor's Name

**110a Meadowlands Pkw**
**Secaucus, NJ 07094**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

---

| 4.3<br>3 | **IND Corporation** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**26 Eastmans Road**
**Parsippany, NJ 07054**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

---

| 4.3<br>4 | **Internal Revenue Service** | Last 4 digits of account number    4941 | $282.51 |

Nonpriority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

---

Debtor 1    **Dean R Mon**

Case number (if known)

---

| 4.3 5 | **Jacinto Plumbing & Heating** | Last 4 digits of account number | | $51,500.00 |

Nonpriority Creditor's Name

**70 Voorhees Street**
**Newark, NJ 07108**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.3 6 | **Jaclyn 55 Condominium Association, Inc.** | Last 4 digits of account number    **1020** | | **Unknown** |

Nonpriority Creditor's Name

**c/o Mezzacca & Kwasnik, LLC**
**980 Amboy Avenue, Suite 2**
**Edison, NJ 08837**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.3 7 | **JINCO** | Last 4 digits of account number | | $400,000.00 |

Nonpriority Creditor's Name

**287 Julianne Terrace**
**Secaucus, NJ 07094**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1  **Dean R Mon**

Case number (if known)

---

| 4.3 8 | **JM Beauty Construction LLC** | | | $853.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**522 Third Street**
**Palisades Park, NJ 07650**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.3 9 | **Josh Jones** | | | $125,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**215 Manhattan Ave, Apt 5A**
**Union City, NJ 07087**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.4 0 | **Liberty Mutual Insurance** | | | $859.90 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 2389**
**New York, NY 10116-2839**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Dean R Mon**                                                    Case number (if known)

| 4.4 1 | **Lorenzo Construction Corp.** | Last 4 digits of account number | $5,755.00 |

Nonpriority Creditor's Name

**6121 Buchanan Place**
**West New York, NJ 07093**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ Contingent

■ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

| 4.4 2 | **McManimon, Scotland & Baumann, LLC** | Last 4 digits of account number | $18,433.52 |

Nonpriority Creditor's Name

**75 Livingston Ave, Second Floor**
**Roseland, NJ 07068**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ Contingent

■ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Services rendered**

| 4.4 3 | **Michael R. Fink, Esq.** | Last 4 digits of account number | $73,358.05 |

Nonpriority Creditor's Name

**128 South Warren Street**
**Trenton, NJ 08608**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ Contingent

■ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Services rendered**

Debtor 1  **Dean R Mon**                                          Case number (if known)

---

**4.4 4**

**Millennium Trust Company, LLC**
Nonpriority Creditor's Name
**2001 Spring Rd Ste 700**
**Oak Brook, IL 60523-1890**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                           **$311,250.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt which may have been personally guaranteed by the debtor**

---

**4.4 5**

**Millennium Trust Company, LLC**
Nonpriority Creditor's Name
**2001 Spring Rd Ste 700**
**Oak Brook, IL 60523-1890**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                           **$518,904.11**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt which may have been personally guaranteed by the debtor**

---

**4.4 6**

**Morabito Consultants, Inc.**
Nonpriority Creditor's Name
**952 Ridgebrook Road, Suite 1700**
**Sparks Glencoe, MD 21152-9472**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                           **$4,455.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1    **Dean R Mon**                                    Case number (if known)

---

| 4.4 7 | **Mr. John Inc.** | Last 4 digits of account number | $1,473.02 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 735008**
**Dallas, TX 75373-5008**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.4 8 | **NJ Natural Gas Co.** | Last 4 digits of account number | $115.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 11743**
**Newark, NJ 07101-4743**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.4 9 | **NJ Steel Group, LLC** | Last 4 digits of account number | $3,200.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**313 Broad Street**
**Bloomfield, NJ 07003**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1  **Dean R Mon**

Case number (if known) _____

---

**4.50**

**Peyton Advisory Services Inc.**
Nonpriority Creditor's Name
**c/o Snellings Law LLC**
**2001 Route 46 Waterview Plaza**
**Suite 206**
**Parsippany, NJ 07054**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **6019**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

$22,540.72

---

**4.51**

**Pinacle Landscaping & Stone, LLC**
Nonpriority Creditor's Name
**566 Preakness Ave**
**Haledon, NJ 07508**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   _____

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

$1,332.81

---

**4.52**

**Pinilis Halpern, LLP**
Nonpriority Creditor's Name
**160 Morris St**
**Morristown, NJ 07960**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   _____

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

$8,382.50

---

Debtor 1    **Dean R Mon**
_____    Case number (if known) _____

| | | | |
|---|---|---|---|
| 4.5 3 | **Pitney Bowes Global Financial** | Last 4 digits of account number | **2612** | $25.59 |

Nonpriority Creditor's Name
**PO Box 371887**
**Pittsburgh, PA 15250-7887**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| | | | |
|---|---|---|---|
| 4.5 4 | **ProTec Documentation Services, Inc.** | Last 4 digits of account number | **9720** | $37,275.00 |

Nonpriority Creditor's Name
**PO Box 266**
**Rancocas, NJ 08073**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| | | | |
|---|---|---|---|
| 4.5 5 | **PSE&G** | Last 4 digits of account number | **6406** | $1,003.77 |

Nonpriority Creditor's Name
**80 Park Pl**
**Newark, NJ 07102**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1  **Dean R Mon**

Case number (if known) _____

---

| 4.5 6 | | | |
|---|---|---|---|

**PSE&G**

Nonpriority Creditor's Name

**80 Park Pl**
**Newark, NJ 07102**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **5801**                    $40,795.25

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt**

---

| 4.5 7 | | | |
|---|---|---|---|

**Purchase Power**

Nonpriority Creditor's Name

**PO Box 371874**
**Pittsburgh, PA 15250-7874**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **6610**                    $25.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt**

---

| 4.5 8 | | | |
|---|---|---|---|

**QuickConnect**

Nonpriority Creditor's Name

**163 East Main Street, #277**
**Little Falls, NJ 07424**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3171**                    $105.20

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Dean R Mon**

Case number (if known)

---

| 4.5 9 | | |
|---|---|---|

**Ronald Sozio**
Nonpriority Creditor's Name

**34 Durham Road**
**Skillman, NJ 08558**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$150,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.6 0 | | |
|---|---|---|

**Sage CRE Forms**
Nonpriority Creditor's Name

**PO Box 230578**
**Portland, OR 97281**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **2117**    **$2,916.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.6 1 | | |
|---|---|---|

**Schindler Elevator Corporation**
Nonpriority Creditor's Name

**20 Whippany Road**
**Morristown, NJ 07960**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$5,510.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1   **Dean R Mon**                                                          Case number (if known)

---

| 4.6<br>2 | **Seton Painting Company** | Last 4 digits of account number | | | $13,894.28 |

Nonpriority Creditor's Name
**74 Marshall Street**
**Elizabethport, NJ 07206**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.6<br>3 | **Simpson & Brown, Inc.** | Last 4 digits of account number | | | $518,220.00 |

Nonpriority Creditor's Name
**119 North Avenue West**
**Cranford, NJ 07016**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.6<br>4 | **Staples Credit Plan** | Last 4 digits of account number | 8659 | | $36.37 |

Nonpriority Creditor's Name
**PO Box 78004**
**Phoenix, AZ 85062-8004**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1    **Dean R Mon**                                                        Case number (if known) _____

---

**4.6 5**

**State of New Jersey**
Nonpriority Creditor's Name
**Division of Taxation**
**PO Box 245**
**Trenton, NJ 08695-0245**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0808**                    **$75.50**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt** _____

---

**4.6 6**

**State of New Jersey**
Nonpriority Creditor's Name
**Division of Taxation**
**PO Box 245**
**Trenton, NJ 08695-0245**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0707**                    **$75.50**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt** _____

---

**4.6 7**

**State of New Jersey**
Nonpriority Creditor's Name
**Division of Taxation**
**PO Box 245**
**Trenton, NJ 08695-0245**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3205**                    **$75.50**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt** _____

---

Debtor 1   **Dean R Mon**                                                                 Case number (*if known*)

---

| 4.6 8 | **State of New Jersey** | Last 4 digits of account number _____ | $302.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**Division of Taxation**
**PO Box 245**
**Trenton, NJ 08695-0245**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt**

---

| 4.6 9 | **TDK Construction Inc.** | Last 4 digits of account number _____ | $4,500.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**60 Walnut Avenue, Suite 400**
**Clark, NJ 07066**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt**

---

| 4.7 0 | **TeleCloud** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**1767 Route 22 W**
**Union, NJ 07083**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt**

---

Debtor 1  **Dean R Mon**                                                  Case number (if known)

---

**4.7 1**

**The Curchin Group, LLC**                      Last 4 digits of account number _____          **$6,517.50**
Nonpriority Creditor's Name
**200 Schulz Dr #400**                          When was the debt incurred?  _____
**Red Bank, NJ 07701**
Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                 ■ Contingent

☐ Debtor 2 only                                 ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                    ■ Disputed

■ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:

**☐ Check if this claim is for a community**    ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                           ■ Other. Specify   **Services rendered**

---

**4.7 2**

**US Bank**                                      Last 4 digits of account number  **8318**           **$205.29**
Nonpriority Creditor's Name
**PO Box 790408**                               When was the debt incurred?  _____
**Saint Louis, MO 63179-0408**
Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                 ☐ Contingent

☐ Debtor 2 only                                 ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                    ☐ Disputed

☐ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:

**☐ Check if this claim is for a community**    ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                           ■ Other. Specify   **Credit card purchases**

---

**4.7 3**

**Verizon**                                      Last 4 digits of account number  **0127**           **$107.79**
Nonpriority Creditor's Name
**PO Box 4648**                                 When was the debt incurred?  _____
**Trenton, NJ 08650-4648**
Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                 ■ Contingent

☐ Debtor 2 only                                 ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                    ■ Disputed

■ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:

**☐ Check if this claim is for a community**    ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                           ■ Other. Specify   **Business debt**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Dean R Mon**

Case number (if known)

---

| 4.74 | **Wells Fargo Financial Leasing** | Last 4 digits of account number | $543.05 |

Nonpriority Creditor's Name

**800 Walnut Street
Des Moines, IA 50309**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.75 | **Williams Scotsman, Inc.** | Last 4 digits of account number | $7,272.06 |

Nonpriority Creditor's Name

**1900 Old Cuthbert Rd
Cherry Hill, NJ 08034-1416**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.76 | **Withum Smith & Brown PC** | Last 4 digits of account number | $2,500.00 |

Nonpriority Creditor's Name

**One Tower Center Boulevard, 14th Floor
East Brunswick, NJ 08816-1145**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1    **Dean R Mon**                                                    Case number *(if known)*

---

**4.7 7**

| **WLL 175 West No. 1 LLC and** | **Last 4 digits of account number** | **C521** | **Unknown** |

Nonpriority Creditor's Name

**175 West No. 2 LLC**
**55 Bank Street**
**Morristown, NJ 07960**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Bruce Epstein**
**4 Hearthstone Court**
**Wayne, NJ 07470**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.77** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Christopher P. Gengaro, Esq.**
**LENTZ & GENGARO LLP**
**347 Mt. Pleasant Avenue**
**Suite 203**
**West Orange, NJ 07052**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.77** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**David Fornal, Esq.**
**Maselli Warren P.C.**
**600 Alexander Road, Suite 3-4A**
**Princeton, NJ 08540**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **5121**

---

Name and Address
**Joseph G. LePore, Esq.**
**LePore Luizzi**
**489 Aurora Place**
**Brick, NJ 08723**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **9020**

---

Name and Address
**Joseph G. LePore, Esq.**
**LePore Luizzi**
**489 Aurora Place**
**Brick, NJ 08723**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.21** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **9020**

---

Name and Address
**Paul V. Fernicola, Esq.**
**Paul V. Fernicola & Associates LLC**
**219 Broad Street**
**Red Bank, NJ 07701**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of *(Check one)*:

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Dean R Mon**                                                 Case number (if known) _____

| Name and Address | |
|---|---|
| **ProTec Documentation Services, Inc.**<br>**c/o Langsam Stevens Silver & Hollaender**<br>**1818 Market Street, Suite 2430**<br>**Philadelphia, PA 19103-3600** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.54** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Robert J. McGowan, Esq.**<br>**1720 Highway 34, Suite 11**<br>**Wall, NJ 07727** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.14** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Simpson & Brown, Inc.**<br>**c/o Betancourt Van Hemmen Greco & Kenyon**<br>**151 Bodman Place, Suite 200**<br>**Red Bank, NJ 07701** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.63** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Tyler J. Kandel, Esq.**<br>**Sills Cummins & Gross PC**<br>**1 Riverfront Plaza**<br>**Newark, NJ 07102** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.44** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number    **6221** |
| **Tyler J. Kandel, Esq.**<br>**Sills Cummins & Gross PC**<br>**1 Riverfront Plaza**<br>**Newark, NJ 07102** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.45** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number    **6221** |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 7,638,011.09 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 7,638,011.09 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Dean R Mon** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases                   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Blackridge Realty Inc.**<br>**200 Central Ave**<br>**Mountainside, NJ 07092-1997** | **1 year Residential Lease ending on 3/31/22** |
| 2.2 | **Fittin Hammitt**<br>**1213 Magnolia Ave**<br>**Sea Girt, NJ 08750** | **2 year Business Lease ending on 3/20/23** |
| 2.3 | **Ray Catena of Monmouth Co.**<br>**2135 Route 35**<br>**Oakhurst, NJ 07755** | **38 month vehicle lease for 2021 Lexus ES 300h** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Dean R Mon** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **175 West 7th Urban Renewal LLC**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**BCB Community Bank** |
| 3.2 | **175 West 7th Urban Renewal LLC**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.15__<br>☐ Schedule G _____<br>**Connell Foley LLP** |
| 3.3 | **175 West 7th Urban Renewal LLC**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.22__<br>☐ Schedule G _____<br>**Dynamic Engineering Consultant** |

Debtor 1  **Dean R Mon**                                    Case number *(if known)* _____

---

### Additional Page to List More Codebtors

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.4  **175 West 7th Urban Renewal LLC**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
■ Schedule E/F, line __4.23__
☐ Schedule G _____
**Dynamic Survey, LLC**

---

3.5  **175 West 7th Urban Renewal LLC**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
■ Schedule E/F, line __4.29__
☐ Schedule G _____
**George Peek**

---

3.6  **175 West 7th Urban Renewal LLC**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
■ Schedule E/F, line __4.30__
☐ Schedule G _____
**GFeller Laurie LLP**

---

3.7  **175 West 7th Urban Renewal LLC**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
■ Schedule E/F, line __4.43__
☐ Schedule G _____
**Michael R. Fink, Esq.**

---

3.8  **175 West 7th Urban Renewal LLC**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
■ Schedule E/F, line __4.46__
☐ Schedule G _____
**Morabito Consultants, Inc.**

---

3.9  **175 West 7th Urban Renewal LLC**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
■ Schedule E/F, line __4.44__
☐ Schedule G _____
**Millennium Trust Company, LLC**

---

3.10  **175 West 7th Urban Renewal LLC**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
■ Schedule E/F, line __4.52__
☐ Schedule G _____
**Pinilis Halpern, LLP**

---

3.11  **175 West 7th Urban Renewal LLC**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
■ Schedule E/F, line __4.55__
☐ Schedule G _____
**PSE&G**

---

| Debtor 1 | **Dean R Mon** | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.12 **175 West 7th Urban Renewal LLC**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
■ Schedule E/F, line **4.65**
☐ Schedule G _____
**State of New Jersey**

3.13 **175 West 7th Urban Renewal LLC**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
■ Schedule E/F, line **4.73**
☐ Schedule G _____
**Verizon**

3.14 **175 West 7th Urban Renewal LLC**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
■ Schedule E/F, line **4.14**
☐ Schedule G _____
**Concrete Systems, Inc.**

3.15 **175 West 7th Urban Renewal LLC**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
■ Schedule E/F, line **4.17**
☐ Schedule G _____
**CPA Architecture, LLC**

3.16 **175 West 7th Urban Renewal LLC**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
■ Schedule E/F, line **4.77**
☐ Schedule G _____
**WLL 175 West No. 1 LLC and**

3.17 **A&M Remodelers, Inc.**

☐ Schedule D, line _____
■ Schedule E/F, line **4.36**
☐ Schedule G _____
**Jaclyn 55 Condominium Association, Inc.**

3.18 **ABC Company(ies) 1-10**

☐ Schedule D, line _____
■ Schedule E/F, line **4.36**
☐ Schedule G _____
**Jaclyn 55 Condominium Association, Inc.**

3.19 **ABC Corp # 1-5**

☐ Schedule D, line _____
■ Schedule E/F, line **4.54**
☐ Schedule G _____
**ProTec Documentation Services, Inc.**

| Debtor 1 | **Dean R Mon** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.20 | **Alan T. Zwerin**<br>**28 Kuiken Court**<br>**North Haledon, NJ 07508** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**Jaclyn 55 Condominium Association, Inc.** |
| 3.21 | **Albert Arencibia**<br>**c/o CPA Architecture**<br>**6401 Park Ave, Suite 201**<br>**West New York, NJ 07093** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**Jaclyn 55 Condominium Association, Inc.** |
| 3.22 | **C&D Disposal Inc. t/a Core Transport**<br>**30 Wedgewood Drive**<br>**Woodland Park, NJ 07424** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**BCB Community Bank** |
| 3.23 | **Catanzaro & Sons**<br>**10 Gregory Drive**<br>**Montville, NJ 07045** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**Jaclyn 55 Condominium Association, Inc.** |
| 3.24 | **Centrim Electric**<br>**439B Route 34**<br>**Matawan, NJ 07747** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**Jaclyn 55 Condominium Association, Inc.** |
| 3.25 | **Cerullo Fire Protection**<br>**901 New Brunswick Avenue**<br>**Rahway, NJ 07065** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**Jaclyn 55 Condominium Association, Inc.** |
| 3.26 | **Communications Technology Services** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**Jaclyn 55 Condominium Association, Inc.** |
| 3.27 | **Concrete Systems, Inc.**<br>**45 Lupine Way**<br>**Stirling, NJ 07980** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**BCB Community Bank** |

| Debtor 1 | **Dean R Mon** | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.28 | **D. R. Mon Group, Inc.** **1030 Broad Street, Suite 101** **Shrewsbury, NJ 07702** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.26___ ☐ Schedule G _____ **Fittin Hammitt** |
| 3.29 | **D. R. Mon Group, Inc.** **1030 Broad Street, Suite 101** **Shrewsbury, NJ 07702** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.50___ ☐ Schedule G _____ **Peyton Advisory Services Inc.** |
| 3.30 | **D. R. Mon Group, Inc.** **1030 Broad Street, Suite 101** **Shrewsbury, NJ 07702** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.54___ ☐ Schedule G _____ **ProTec Documentation Services, Inc.** |
| 3.31 | **D. R. Mon Group, Inc.** **1030 Broad Street, Suite 101** **Shrewsbury, NJ 07702** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.63___ ☐ Schedule G _____ **Simpson & Brown, Inc.** |
| 3.32 | **D. R. Mon Group, Inc.** **1030 Broad Street, Suite 101** **Shrewsbury, NJ 07702** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.3___ ☐ Schedule G _____ **American Express** |
| 3.33 | **D. R. Mon Group, Inc.** **1030 Broad Street, Suite 101** **Shrewsbury, NJ 07702** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.36___ ☐ Schedule G _____ **Jaclyn 55 Condominium Association, Inc.** |
| 3.34 | **D. R. Mon Group, Inc.** **1030 Broad Street, Suite 101** **Shrewsbury, NJ 07702** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.14___ ☐ Schedule G _____ **Concrete Systems, Inc.** |
| 3.35 | **D. R. Mon Group, Inc.** **1030 Broad Street, Suite 101** **Shrewsbury, NJ 07702** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.4___ ☐ Schedule G _____ **Anthony Bevilacqua** |

Debtor 1    **Dean R Mon**

Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.36    **D. R. Mon Group, Inc.**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.1___
☐ Schedule G _____
**All Guard Fence Co., Inc.**

---

3.37    **D. R. Mon Group, Inc.**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.5___
☐ Schedule G _____
**Atlantic A Prog of De Lage**

---

3.38    **D. R. Mon Group, Inc.**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.12___
☐ Schedule G _____
**City of Bayonne**

---

3.39    **D. R. Mon Group, Inc.**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.8___
☐ Schedule G _____
**Beyond Door Services Group**

---

3.40    **D. R. Mon Group, Inc.**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.13___
☐ Schedule G _____
**Comcast**

---

3.41    **D. R. Mon Group, Inc.**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.16___
☐ Schedule G _____
**Core Transport Inc.**

---

3.42    **D. R. Mon Group, Inc.**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.20___
☐ Schedule G _____
**Donald Drywall, LLC**

---

3.43    **D. R. Mon Group, Inc.**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.21___
☐ Schedule G _____
**Dynamic Earth, LLC**

---

| Debtor 1 | **Dean R Mon** | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.44 | **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>**Esposito Construction, LLC** |
| 3.45 | **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.27___<br>☐ Schedule G _____<br>**FTR Electrical & Mechanical Co** |
| 3.46 | **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.28___<br>☐ Schedule G _____<br>**George Baldwin** |
| 3.47 | **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.31___<br>☐ Schedule G _____<br>**Great America Leasing Corp.** |
| 3.48 | **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.34___<br>☐ Schedule G _____<br>**Internal Revenue Service** |
| 3.49 | **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.35___<br>☐ Schedule G _____<br>**Jacinto Plumbing & Heating** |
| 3.50 | **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.40___<br>☐ Schedule G _____<br>**Liberty Mutual Insurance** |
| 3.51 | **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.41___<br>☐ Schedule G _____<br>**Lorenzo Construction Corp.** |

Debtor 1    **Dean R Mon**                                    Case number *(if known)*

---

| ▉ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.52    **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.42**__<br>☐ Schedule G _____<br>**McManimon, Scotland & Baumann, LLC** |
| 3.53    **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.49**__<br>☐ Schedule G _____<br>**NJ Steel Group, LLC** |
| 3.54    **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.48**__<br>☐ Schedule G _____<br>**NJ Natural Gas Co.** |
| 3.55    **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.53**__<br>☐ Schedule G _____<br>**Pitney Bowes Global Financial** |
| 3.56    **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.56**__<br>☐ Schedule G _____<br>**PSE&G** |
| 3.57    **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.58**__<br>☐ Schedule G _____<br>**QuickConnect** |
| 3.58    **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.60**__<br>☐ Schedule G _____<br>**Sage CRE Forms** |
| 3.59    **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.47**__<br>☐ Schedule G _____<br>**Mr. John Inc.** |

| Debtor 1 | **Dean R Mon** | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** |
| --- | --- |

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- | --- |
| 3.60 | **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.61__<br>☐ Schedule G _____<br>**Schindler Elevator Corporation** |
| 3.61 | **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.68__<br>☐ Schedule G _____<br>**State of New Jersey** |
| 3.62 | **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.64__<br>☐ Schedule G _____<br>**Staples Credit Plan** |
| 3.63 | **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.75__<br>☐ Schedule G _____<br>**Williams Scotsman, Inc.** |
| 3.64 | **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G _____<br>**BZK Holdings Broad, LLC** |
| 3.65 | **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.15__<br>☐ Schedule G _____<br>**Connell Foley LLP** |
| 3.66 | **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>**CPA Architecture, LLC** |
| 3.67 | **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.52__<br>☐ Schedule G _____<br>**Pinilis Halpern, LLP** |

Debtor 1    **Dean R Mon**                                     Case number *(if known)* _____

| | | |
|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.68 | **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.71__<br>☐ Schedule G<br>**The Curchin Group, LLC** |
| 3.69 | **Dynamic Earth, LLC**<br>**245 Main St #110**<br>**Chester, NJ 07930** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.7__<br>☐ Schedule G<br>**BCB Community Bank** |
| 3.70 | **Dynamic Survey, LLC**<br>**1904 Main St**<br>**Lake Como, NJ 07719** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.7__<br>☐ Schedule G<br>**BCB Community Bank** |
| 3.71 | **E&E Electrical Contractors, Co.**<br>**604 59th Street**<br>**West New York, NJ 07093** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.36__<br>☐ Schedule G<br>**Jaclyn 55 Condominium Association, Inc.** |
| 3.72 | **Elio Ruiz**<br>**604 59th Street**<br>**West New York, NJ 07093** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.36__<br>☐ Schedule G<br>**Jaclyn 55 Condominium Association, Inc.** |
| 3.73 | **Esposito Construction, LLC**<br>**253 Main Streetm Suite 385**<br>**Matawan, NJ 07747** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.7__<br>☐ Schedule G<br>**BCB Community Bank** |
| 3.74 | **FTR Electrical & Mechanical Co**<br>**114 Wyoming Ave**<br>**Union, NJ 07083** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.36__<br>☐ Schedule G<br>**Jaclyn 55 Condominium Association, Inc.** |
| 3.75 | **George Trimarche**<br>**c/o Centrim Electric**<br>**439B Route 34**<br>**Matawan, NJ 07747** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.36__<br>☐ Schedule G<br>**Jaclyn 55 Condominium Association, Inc.** |

| Debtor 1 | **Dean R Mon** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.76 **Gregory J. Polyniak**
**c/o Neglia Engineering Associates**
**34 Park Avenue**
**Lyndhurst, NJ 07071**

☐ Schedule D, line _____
■ Schedule E/F, line __4.36__
☐ Schedule G _____
**Jaclyn 55 Condominium Association, Inc.**

---

3.77 **Jaclyn 40, LLC**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
■ Schedule E/F, line __4.45__
☐ Schedule G _____
**Millennium Trust Company, LLC**

---

3.78 **Jaclyn 40, LLC**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
■ Schedule E/F, line __4.66__
☐ Schedule G _____
**State of New Jersey**

---

3.79 **Jaclyn 55, LLC**
**800 Route 71, Suite 2**
**Sea Girt, NJ 08750**

☐ Schedule D, line _____
■ Schedule E/F, line __4.36__
☐ Schedule G _____
**Jaclyn 55 Condominium Association, Inc.**

---

3.80 **John Doe**

☐ Schedule D, line _____
■ Schedule E/F, line __4.36__
☐ Schedule G _____
**Jaclyn 55 Condominium Association, Inc.**

---

3.81 **John Does # 1-5**

☐ Schedule D, line _____
■ Schedule E/F, line __4.54__
☐ Schedule G _____
**ProTec Documentation Services, Inc.**

---

3.82 **Karolina Alvarez**
**132 Seaview Avenue**
**Long Branch, NJ 07740**

☐ Schedule D, line _____
■ Schedule E/F, line __4.36__
☐ Schedule G _____
**Jaclyn 55 Condominium Association, Inc.**

---

3.83 **Liberty Park at Union City LLC**
**1030 Broad Street, Suite 101**
**Shrewsbury, NJ 07702**

☐ Schedule D, line _____
■ Schedule E/F, line __4.2__
☐ Schedule G _____
**Amboy National Bank**

---

| Debtor 1 | **Dean R Mon** | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.84 | **Liberty Park at Union City LLC**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.38___<br>☐ Schedule G _____<br>**JM Beauty Construction LLC** |
| 3.85 | **Liberty Park at Union City LLC**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.51___<br>☐ Schedule G _____<br>**Pinacle Landscaping & Stone, LLC** |
| 3.86 | **Liberty Park at Union City LLC**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.69___<br>☐ Schedule G _____<br>**TDK Construction Inc.** |
| 3.87 | **Liberty Park at Union City LLC**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.76___<br>☐ Schedule G _____<br>**Withum Smith & Brown PC** |
| 3.88 | **MJM Real Estate**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.32___<br>☐ Schedule G _____<br>**Hudson County MLS** |
| 3.89 | **MJM Real Estate LLC**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.26___<br>☐ Schedule G _____<br>**Fittin Hammitt** |
| 3.90 | **Mon Group Properties, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.26___<br>☐ Schedule G _____<br>**Fittin Hammitt** |
| 3.91 | **Mon Group Properties, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.71___<br>☐ Schedule G _____<br>**The Curchin Group, LLC** |

Official Form 106H         Schedule H: Your Codebtors        Page 12 of 14
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                   Best Case Bankruptcy

| Debtor 1 | **Dean R Mon** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.92 | **Mon Group Properties, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.67**___<br>☐ Schedule G _____<br>**State of New Jersey** |
| 3.93 | **Mon Group Properties, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.23**___<br>☐ Schedule G _____<br>**Dynamic Survey, LLC** |
| 3.94 | **Mon Group Properties, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.54**___<br>☐ Schedule G _____<br>**ProTec Documentation Services, Inc.** |
| 3.95 | **Neglia Engineering Associates**<br>**34 Park Avenue**<br>**Lyndhurst, NJ 07071** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.36**___<br>☐ Schedule G _____<br>**Jaclyn 55 Condominium Association, Inc.** |
| 3.96 | **P.E. and A.Z. Engineers** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.36**___<br>☐ Schedule G _____<br>**Jaclyn 55 Condominium Association, Inc.** |
| 3.97 | **Peter Fritz** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.36**___<br>☐ Schedule G _____<br>**Jaclyn 55 Condominium Association, Inc.** |
| 3.98 | **R.A. and A.Z. Architects** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.36**___<br>☐ Schedule G _____<br>**Jaclyn 55 Condominium Association, Inc.** |
| 3.99 | **State of New Jersey** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.7**___<br>☐ Schedule G _____<br>**BCB Community Bank** |

Debtor 1    **Dean R Mon**                                    Case number *(if known)*  _____

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10<br>0 | **Wanessa Vaccaro**<br>**604 Woodland Road**<br>**Allenhurst, NJ 07711** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**Jaclyn 55 Condominium Association, Inc.** |
| 3.10<br>1 | **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G __2.2__<br>**Fittin Hammitt** |
| 3.10<br>2 | **MJM Real Estate LLC**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G __2.2__<br>**Fittin Hammitt** |
| 3.10<br>3 | **Mon Group Properties, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G __2.2__<br>**Fittin Hammitt** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Dean R Mon** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:       Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | President/CEO | |
| | Employer's name | D.R. Mon Group Inc. | |
| | Employer's address | 800 Route 71, Suite 2<br>Sea Girt, NJ 08750 | |
| | How long employed there? | 36 years | |

### Part 2:       Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $           0.00 | $           N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$           0.00 | +$           N/A |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. | $           0.00 | $           N/A |

Debtor 1 **Dean R Mon**                                                  Case number (*if known*)

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $        0.00 | $        N/A |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $        0.00 | $        N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $        0.00 | $        N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $        0.00 | $        N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $        0.00 | $        N/A |
| 5e. **Insurance** | 5e. | $        0.00 | $        N/A |
| 5f. **Domestic support obligations** | 5f. | $        0.00 | $        N/A |
| 5g. **Union dues** | 5g. | $        0.00 | $        N/A |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $        0.00 + | $        N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $        0.00 | $        N/A |

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $        0.00 | $        N/A |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $        0.00 | $        N/A |
| 8b. **Interest and dividends** | 8b. | $        0.00 | $        N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $        0.00 | $        N/A |
| 8d. **Unemployment compensation** | 8d. | $        0.00 | $        N/A |
| 8e. **Social Security** | 8e. | $     2,714.00 | $        N/A |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $        0.00 | $        N/A |
| 8g. **Pension or retirement income** | 8g. | $        0.00 | $        N/A |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $        0.00 + | $        N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $     2,714.00 | $        N/A |

10. **Calculate monthly income.** Add line 7 + line 9. | 10. | $ 2,714.00 + | $ N/A = | $ 2,714.00 |
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: | 11. +$        0.00 |

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | $     2,714.00 |
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ■ No.
   ☐ Yes. Explain: _____

Fill in this information to identify your case:

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Dean R Mon** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

   4. $ **0.00**

   **If not included in line 4:**

   4a. Real estate taxes                                         4a. $ **0.00**
   4b. Property, homeowner's, or renter's insurance             4b. $ **15.00**
   4c. Home maintenance, repair, and upkeep expenses           4c. $ **0.00**
   4d. Homeowner's association or condominium dues             4d. $ **0.00**
5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ **0.00**

| Debtor 1 | **Dean R Mon** | | | Case number (if known) | |

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 150.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 15.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 180.00 |
| | 6d. | Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 1,000.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 40.00 |
| 10. | **Personal care products and services** | | 10. | $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | 275.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 250.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 1,667.00 |
| | 15b. | Health insurance | 15b. | $ | 1,200.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 400.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 763.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | | 21. | +$ | 0.00 |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 5,955.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | 5,955.00 |

| | | | | |
|---|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 2,714.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 5,955.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | -3,241.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.       Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Dean R Mon** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Dean R Mon** | X |
|---|---|
| **Dean R Mon** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date **May 28, 2021** | Date |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Dean R Mon** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                      4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   **Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ☐ Married
   ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **Dean R. Mon**<br>**414 Chicago Blvd**<br>**Sea Girt, NJ 08750-2009** | From-To:<br>**2005 - 2020** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**   **Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |

Debtor 1    **Dean R Mon**                                                    Case number *(if known)*

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips ☐ Operating a business | $0.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For last calendar year:** **(January 1 to December 31, 2020 )** | ■ Wages, commissions, bonuses, tips ☐ Operating a business | $57,500.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For the calendar year before that:** **(January 1 to December 31, 2019 )** | ■ Wages, commissions, bonuses, tips ☐ Operating a business | $3,000.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Social Security Benefits** | $7,761.60 | | |
| **For last calendar year:** **(January 1 to December 31, 2020 )** | **Social Security Benefits** | $38,808.00 | | |
| **For the calendar year before that:** **(January 1 to December 31, 2019 )** | **Social Security Benefits** | $38,808.00 | | |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.    Go to line 7.

■ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Dean R Mon**                                                    Case number *(if known)* _____

☐    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐    No.    Go to line 7.

☐    Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Discover Bank**<br>**PO Box 70176**<br>**Philadelphia, PA 19176-0176** | 3/29/21 | $15,000.00 | $3,569.29 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Michael R. Fink, Esq.**<br>**128 South Warren Street**<br>**Trenton, NJ 08608** | 4/2/21 | $8,000.00 | Unknown | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other___ |
| **Chase Slate**<br>**PO Box 1423**<br>**Charlotte, NC 28201-1423** | 3/30/21 ($18,000),<br>5/10/21 ($1,000),<br>5/14/21 ($3,000) | $22,000.00 | $2,227.78 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Chase United**<br>**PO Box 1423**<br>**Charlotte, NC 28201-1423** | 3/30/21 ($15,000),<br>5/10/21 ($1,000) | $16,000.00 | $3,823.30 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Bank of America**<br>**PO Box 982234**<br>**El Paso, TX 79998-2234** | 3/8/21 ($400),<br>4/5/21 ($6,000),<br>4/23/21 ($3,000) | $9,400.00 | $3,395.00 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Blackridge Realty Inc.**<br>**200 Central Ave**<br>**Mountainside, NJ 07092-1997** | 3/31/21 | $50,600.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other _Prepayment of rents_ |

| Debtor 1 | **Dean R Mon** | Case number *(if known)* | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **BCB Community Bank v. 175 West Urban Renewal LLC f/k/a 175 West 7th LLC and Dean R. Mon MON-L-251-21** | **Civil** | **Superior Court of New Jersey Law Division, Monmouth County 71 Monument St Freehold, NJ 07728** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Jaclyn 55 Condominium Association, Inc. vs. Jaclyn 55, LLC, Dean R. Mon, et al. HUD-L-001710-20** | **Civil Action** | **Superior Court of New Jersey Hudson County, Law Divsion 583 Newark Ave Jersey City, NJ 07306** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Millennium Trust Company, LLC, as Custodian, for the Benefit of Dennis M. Sweeney Alternative Investement IRA v. 175 West 7th LLC, Jaclyn 40, LLC, and Dean R. Mon MON-L-862-21** | **Civil Action** | **Superior Court of New Jersey Law Division, Monmouth County 71 Monument St Freehold, NJ 07728** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Peyton Advisory Services Inc. Defined Benefits Plan v. D.R. Mon Group, Inc. and Dean R. Mon MON-L-3560-19** | **Civil** | **Superior Court of New Jersey Law Division, Monmouth County 71 Monument St Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor 1   **Dean R Mon**   Case number *(if known)*

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **BCB Community Bank v. Dean R. Mon, et al.**<br>**HUD-F-785-21** | **Foreclosure** | **Superior Court of New Jersey**<br>**Chancery Division, Hudson County**<br>**595 Newark Ave**<br>**Jersey City, NJ 07306** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **WLL 175 West No.1 LLC and 175 West No.2 LLC v. Dean R. Mon, et al.**<br>**HUD-C-5-21** | **Civil** | **Superior Court of New Jersey**<br>**Chancery Division, Hudson County**<br>**595 Newark Ave**<br>**Jersey City, NJ 07306** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **BZK Holdings Broad, LLC & E. Group Ventures Shrewsbury, LLC v. Dean R. Mon, et al.**<br>**MON-LT-378-20** | **Civil Action** | **Superior Court of New Jersey**<br>**Law Division, Monmouth County**<br>**71 Monument St**<br>**Freehold, NJ 07728** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

**Part 5:**   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

| Debtor 1 | **Dean R Mon** | Case number *(if known)* | |
|---|---|---|---|

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address **(Number, Street, City, State and ZIP Code)** | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

### Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

### Part 7:    List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Trenk Isabel P.C.**<br>**290 W. Mt. Pleasant Avenue, Suite 2350**<br>**Livingston, NJ 07039**<br>**rtrenk@trenkisabel.law** | **Attorney Fees** | **4/15/21 &<br>4/26/21** | **$55,000.00** |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Debtor 1    **Dean R Mon**

Case number *(if known)*

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

■ No

☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No

☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No

☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No

☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No

☐ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Debtor 1    **Dean R Mon**                                                    Case number *(if known)*

---

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
|  |  |  |  |

25. **Have you notified any governmental unit of any release of hazardous material?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
|  |  |  |  |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
|  |  |  |  |

**Part 11:** **Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ■ An officer, director, or managing executive of a corporation

    ■ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ **No. None of the above applies.  Go to Part 12.**

    ■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **D. R. Mon Group, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | **General Contractor**<br><br>**Bill McNamara**<br>**The Curchin Group, LLC** | EIN:     **22-2592594**<br><br>From-To  **2/25/1985 - current** |
| **Mon Group Properties, Inc.**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | **property and asset management services for real estate properties**<br><br>**Bill McNamara**<br>**The Curchin Group, LLC** | EIN:     **46-3147691**<br><br>From-To  **7/10/13 - current** |
| **MJM Real Estate LLC**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | **Real estate/development**<br><br>**Bill McNamara**<br>**The Curchin Group, LLC** | EIN:     **45-4290298**<br><br>From-To  **9/16/11 - current** |

Debtor 1   **Dean R Mon**                                                    Case number *(if known)*

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Jaclyn 40, LLC**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | **Real estate/development**<br><br>**Bill McNamara**<br>**The Curchin Group, LLC** | **EIN:**   **61-1713094**<br><br>**From-To**  **5/6/13 - current** |
| **175 West 7th Urban Renewal LLC**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | **Real estate/development**<br><br>**Bill McNamara**<br>**The Curchin Group, LLC** | **EIN:**   **82-0812761**<br><br>**From-To**  **7/26/16 - current** |
| **Liberty Park at Union City LLC**<br>**1030 Broad Street, Suite 101**<br>**Shrewsbury, NJ 07702** | **Real estate/development**<br><br>**Bill McNamara**<br>**The Curchin Group, LLC** | **EIN:**   **11-3717795**<br><br>**From-To**  **current** |

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐  No
■  Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **BCB Community Bank**<br>**591-595 Avenue C**<br>**Bayonne, NJ 07002** | |
| **Marcus and Millichap**<br>**250 Pehle Avenue, Suite 501**<br>**Saddle Brook, NJ 07663** | |
| **Walker and Dunlop**<br>**7501 Wisconsin Avenue, Suite 1200E**<br>**Bethesda, MD 20814** | |

**Part 12:**  **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Dean R Mon**
_____          _____
**Dean R Mon**                                            Signature of Debtor 2
**Signature of Debtor 1**

Date   **May 28, 2021**                                    Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

|  | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|  | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|-----------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|-----------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

    domestic support obligations,

    most student loans,

    certain taxes,

    debts for fraud or theft,

    debts for fraud or defalcation while acting in a fiduciary capacity,

    most criminal fines and restitution obligations,

    certain debts that are not listed in your bankruptcy papers,

    certain debts for acts that caused death or personal injury, and

    certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re   **Dean R Mon**
_____
Debtor(s)

Case No. _____
Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept _____  $   **Fees & expenses allowed by the Bankruptcy Court**

Prior to the filing of this statement I have received _____  $   **$55,000 retainer, inclusive of the filing fee\*\*\***

Balance Due _____  $   **Fees & expenses allowed by the Bankruptcy Court**

2.  The source of the compensation paid to me was:

☑ Debtor       ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor       ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
      **General representation of the Debtor in this Chapter 11 case as set forth in the Application for Retention of Trenk Isabel P.C., as counsel to the Debtor.** ☐

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 28, 2021**
_____
Date

*/s/ Richard D. Trenk*
_____
**Richard D. Trenk**
*Signature of Attorney*
**Trenk Isabel P.C.**
**290 W. Mt. Pleasant Avenue, Suite 2350**
**Livingston, NJ 07039**
**973-533-1040**
**rtrenk@trenkisabel.law**
*Name of law firm*

---

\*\*\* Prior to the Petition Date, Trenk Isabel P.C. ("TI"), received and deposited in trust the sum of $55,000.00, representing the retainer plus filing fees.  TI applied $18,192.00 in payment of invoices for fees and the filing fees incurred prior to the Petition Date. TI maintains a retainer of $36,808.00. ☐

# United States Bankruptcy Court
## District of New Jersey

In re  **Dean R Mon**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **May 28, 2021**

**/s/ Dean R Mon**
**Dean R Mon**
Signature of Debtor

175 West 7th Urban Renewal LLC
1030 Broad Street, Suite 101
Shrewsbury, NJ 07702

Alan T. Zwerin
28 Kuiken Court
North Haledon, NJ 07508

Albert Arencibia
c/o CPA Architecture
6401 Park Ave, Suite 201
West New York, NJ 07093

All Guard Fence Co., Inc.
547 Gutheil Place
Lyndhurst, NJ 07071

Amboy National Bank
3590 US Hwy 9
Old Bridge, NJ 08857

American Express
PO Box 1270
Newark, NJ 07101-1270

Anthony Bevilacqua
3 Kyle Court
Somerville, NJ 08876

Atlantic A Prog of De Lage
PO Box 41602
Philadelphia, PA 19101-1602

Bank of America
PO Box 982234
El Paso, TX 79998-2234

BCB Community Bank
591-595 Avenue C
Bayonne, NJ 07002

Beyond Door Services Group
190 Fairmount Ave
Jersey City, NJ 07306

Bighorn Investments Group LTD
3500 Lakeside Court, Suite 201
Reno, NV 89509


Blackridge Realty Inc.
200 Central Ave
Mountainside, NJ 07092-1997


Bruce Epstein
4 Hearthstone Court
Wayne, NJ 07470


BZK Holdings Broad, LLC
and E Group Ventures Shrewsbury, LLC
c/o Lori C. Greenberg & Assoc.
1 Eves Drive, Suite 111
Marlton, NJ 08053


C&D Disposal Inc. t/a Core Transport
30 Wedgewood Drive
Woodland Park, NJ 07424


Catanzaro & Sons
10 Gregory Drive
Montville, NJ 07045


Centrim Electric
439B Route 34
Matawan, NJ 07747


Cerullo Fire Protection
901 New Brunswick Avenue
Rahway, NJ 07065


Chase Slate
PO Box 1423
Charlotte, NC 28201-1423


Chase United
PO Box 1423
Charlotte, NC 28201-1423

Christopher P. Gengaro, Esq.
LENTZ & GENGARO LLP
347 Mt. Pleasant Avenue
Suite 203
West Orange, NJ 07052


City of Bayonne
630 Avenue C
Bayonne, NJ 07002


Comcast
PO Box 69
Newark, NJ 07101-0069


Concrete Systems, Inc.
45 Lupine Way
Stirling, NJ 07980


Connell Foley LLP
56 Livingston Avenue
Roseland, NJ 07068


Core Transport Inc.
30 Wedgewood Drive
Woodland Park, NJ 07424


CPA Architecture, LLC
6401 Park Ave #201
West New York, NJ 07093


D. R. Mon Group, Inc.
1030 Broad Street, Suite 101
Shrewsbury, NJ 07702


David Fornal, Esq.
Maselli Warren P.C.
600 Alexander Road, Suite 3-4A
Princeton, NJ 08540


De Lage Financial Services, Inc.
Lease Processing Center
1111 Old Eagle School Road
Wayne, PA 19087

Discover Bank
PO Box 70176
Philadelphia, PA 19176-0176


Divison of Taxation
124 Halsey Street
Second Floor
Newark, NJ 07102


Donald Drywall, LLC
646 Cross Street
Bldg B, Unit # 26
Lakewood, NJ 08701


Dynamic Earth, LLC
245 Main St #110
Chester, NJ 07930


Dynamic Engineering Consultant
245 Main St #110
Chester, NJ 07930


Dynamic Survey, LLC
1904 Main St
Lake Como, NJ 07719


E&E Electrical Contractors, Co.
604 59th Street
West New York, NJ 07093


Elio Ruiz
604 59th Street
West New York, NJ 07093


Esposito Construction, LLC
253 Main Streetm Suite 385
Matawan, NJ 07747


Evergreen Recycling Solutions LLC
110 Evergreen Avenue
Newark, NJ 07114


Fittin Hammitt
1213 Magnolia Ave
Sea Girt, NJ 08750

FTR Electrical & Mechanical Co
114 Wyoming Ave
Union, NJ 07083


George Baldwin
7002 Kennedy Blvd East
Apt 16B
Guttenberg, NJ 07093


George Peek
c/o ERGS, Inc.
9345 Lemmon Dr
Reno, NV 89506


George Trimarche
c/o Centrim Electric
439B Route 34
Matawan, NJ 07747


GFeller Laurie LLP
977 Farmington Avenue, Suite 200
West Hartford, CT 06107


Great America Leasing Corp.
PO Box 660831
Dallas, TX 75266-0831


Gregory J. Polyniak
c/o Neglia Engineering Associates
34 Park Avenue
Lyndhurst, NJ 07071


Hudson County MLS
110a Meadowlands Pkw
Secaucus, NJ 07094


IND Corporation
26 Eastmans Road
Parsippany, NJ 07054


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

```
Internal Revenue Service
Special Procedures Branch
PO Box 744
Springfield, NJ 07081-0744


Internal Revenue Service
Attn: District Director
955 S. Springfield Avenue
Springfield, NJ 07081


Internal Revenue Service
Office of the Chief Counsel
One Newark Center, Suite 1500
Newark, NJ 07102


Jacinto Plumbing & Heating
70 Voorhees Street
Newark, NJ 07108


Jaclyn 40, LLC
1030 Broad Street, Suite 101
Shrewsbury, NJ 07702


Jaclyn 55 Condominium Association, Inc.
c/o Mezzacca & Kwasnik, LLC
980 Amboy Avenue, Suite 2
Edison, NJ 08837


Jaclyn 55, LLC
800 Route 71, Suite 2
Sea Girt, NJ 08750


JINCO
287 Julianne Terrace
Secaucus, NJ 07094


JM Beauty Construction LLC
522 Third Street
Palisades Park, NJ 07650


Joseph G. LePore, Esq.
LePore Luizzi
489 Aurora Place
Brick, NJ 08723
```

Josh Jones
215 Manhattan Ave, Apt 5A
Union City, NJ 07087


JRK Group, LLC
PO Box 1987
Palmer, AK 99645


Karolina Alvarez
132 Seaview Avenue
Long Branch, NJ 07740


Lance Maiss
3495 San Mateo Avenue
Reno, NV 89509


Liberty Mutual Insurance
PO Box 2389
New York, NY 10116-2839


Liberty Park at Union City LLC
1030 Broad Street, Suite 101
Shrewsbury, NJ 07702


Lorenzo Construction Corp.
6121 Buchanan Place
West New York, NJ 07093


McManimon, Scotland & Baumann, LLC
75 Livingston Ave, Second Floor
Roseland, NJ 07068


Michael R. Fink, Esq.
128 South Warren Street
Trenton, NJ 08608


Millennium Trust Company, LLC
2001 Spring Rd Ste 700
Oak Brook, IL 60523-1890


MJM Real Estate
1030 Broad Street, Suite 101
Shrewsbury, NJ 07702

MJM Real Estate LLC
1030 Broad Street, Suite 101
Shrewsbury, NJ 07702


Mon Group Properties, Inc.
1030 Broad Street, Suite 101
Shrewsbury, NJ 07702


Morabito Consultants, Inc.
952 Ridgebrook Road, Suite 1700
Sparks Glencoe, MD 21152-9472


Mr. John Inc.
PO Box 735008
Dallas, TX 75373-5008


Neglia Engineering Associates
34 Park Avenue
Lyndhurst, NJ 07071


New Jersey Divsion of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245


NJ Natural Gas Co.
PO Box 11743
Newark, NJ 07101-4743


NJ Steel Group, LLC
313 Broad Street
Bloomfield, NJ 07003


Office of the Attorney General
Divsion of Law
PO Box 080
Trenton, NJ 08625-0080


Paul V. Fernicola, Esq.
Paul V. Fernicola & Associates LLC
219 Broad Street
Red Bank, NJ 07701

Peyton Advisory Services Inc.
c/o Snellings Law LLC
2001 Route 46 Waterview Plaza
Suite 206
Parsippany, NJ 07054


Pinacle Landscaping & Stone, LLC
566 Preakness Ave
Haledon, NJ 07508


Pinilis Halpern, LLP
160 Morris St
Morristown, NJ 07960


Pitney Bowes Global Financial
PO Box 371887
Pittsburgh, PA 15250-7887


ProTec Documentation Services, Inc.
PO Box 266
Rancocas, NJ 08073


ProTec Documentation Services, Inc.
c/o Langsam Stevens Silver & Hollaender
1818 Market Street, Suite 2430
Philadelphia, PA 19103-3600


PSE&G
80 Park Pl
Newark, NJ 07102


Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


QuickConnect
163 East Main Street, #277
Little Falls, NJ 07424


Ray Catena of Monmouth Co.
2135 Route 35
Oakhurst, NJ 07755

Robert J. McGowan, Esq.
1720 Highway 34, Suite 11
Wall, NJ 07727


Ronald Sozio
34 Durham Road
Skillman, NJ 08558


Sage CRE Forms
PO Box 230578
Portland, OR 97281


Schindler Elevator Corporation
20 Whippany Road
Morristown, NJ 07960


Seton Painting Company
74 Marshall Street
Elizabethport, NJ 07206


Simpson & Brown, Inc.
119 North Avenue West
Cranford, NJ 07016


Simpson & Brown, Inc.
c/o Betancourt Van Hemmen Greco & Kenyon
151 Bodman Place, Suite 200
Red Bank, NJ 07701


Staples Credit Plan
PO Box 78004
Phoenix, AZ 85062-8004


State of New Jersey
Division of Taxation
PO Box 245
Trenton, NJ 08695-0245


State of New Jersey
Divsion of Taxation
Sales & Use Tax
PO Box 999
Trenton, NJ 08625

State of New Jersey
Division of Taxation - Gross Income Tax
50 Barrack Street
PO Box 269
Trenton, NJ 08625


State of New Jersey
Department of Labor
Divison of Employer Accounts
PO Box 379
Trenton, NJ 08625-0059


TDK Construction Inc.
60 Walnut Avenue, Suite 400
Clark, NJ 07066


TeleCloud
1767 Route 22 W
Union, NJ 07083


The Curchin Group, LLC
200 Schulz Dr #400
Red Bank, NJ 07701


Tyler J. Kandel, Esq.
Sills Cummins & Gross PC
1 Riverfront Plaza
Newark, NJ 07102


United States Attorney
970 Broad Street
5th Floor
Newark, NJ 07102


US Bank
PO Box 790408
Saint Louis, MO 63179-0408


Verizon
PO Box 4648
Trenton, NJ 08650-4648


Wanessa Vaccaro
604 Woodland Road
Allenhurst, NJ 07711

```
Wells Fargo Financial Leasing
800 Walnut Street
Des Moines, IA 50309


Williams Scotsman, Inc.
1900 Old Cuthbert Rd
Cherry Hill, NJ 08034-1416


Withum Smith & Brown PC
One Tower Center Boulevard, 14th Floor
East Brunswick, NJ 08816-1145


WLL 175 West No. 1 LLC and
175 West No. 2 LLC
55 Bank Street
Morristown, NJ 07960
```