**TRENK ISABEL P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2350
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law

*Counsel to Dean R. Mon,*
*Chapter 11 Debtor and Debtor-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| DEAN R. MON, | Case No. 21-14511 (KCF) |
| Debtor. | |

**MONTHLY FEE STATEMENT OF TRENK ISABEL P.C., COUNSEL FOR DEAN R. MON, DEBTOR AND DEBTOR-IN-POSSESSION, FOR JANUARY 2022**

Dated: February 3, 2022                **TRENK ISABEL P.C.**

*/s/ Robert S. Roglieri*
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2350
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law

*Counsel to Dean R. Mon,*
*Chapter 11 Debtor and Debtor-in-Possession*



290 W. Mount Pleasant Avenue, Suite 2350, Livingston, NJ 07039

**Date:** 02/03/2022

DR Mon Group, Inc.
Dean Mon
1030 Broad Street
Suite 101
Shrewsbury, NJ 07702

**Re:** Chapter 11 Bankruptcy
**File #:** 57611-002



290 W. Mount Pleasant Avenue, Suite 2350, Livingston, NJ 07039

# INVOICE

**Date:** 02/03/2022
**Invoice #:** 1023
**Matter:** Chapter 11 Bankruptcy
**File #:** 57611-002

**Bill To:**
DR Mon Group, Inc.
Dean Mon
1030 Broad Street
Suite 101
Shrewsbury, NJ 07702

**Due Date:** 03/05/2022

**Payments received after 02/03/2022 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/04/2022 | RSR | B110-Case Administration<br>Review and revise December MFS | 0.20 | $400.00 | $80.00 |
| 01/04/2022 | MBM | B110-Case Administration<br>Compile and e-file TI's December 2021 MFS. Email to client regarding same. | 0.20 | $225.00 | $45.00 |
| 01/07/2022 | RDT | B110-Case Administration<br>Mediation w B Levitt, A Kelly, D Mon Re Maiss claims | 1.30 | $650.00 | $845.00 |
| 01/11/2022 | JMS | A103-Draft/Revise B410-General Bankruptcy Advice/Opinions<br>Draft Consent Order lifting automatic stay solely with respect to insurance proceeds; draft Application in Support of Consent Order; draft Certificate of Consent; Finalize and e-file same; Draft letter for service on 20 largest creditors and those filing Notice of Appearance; | 2.30 | $215.00 | $494.50 |
| 01/11/2022 | JMS | Draft and revise Consent Order Authorizing Disbursement to Lance Maiss/Bighorn Investments and Dismissal of Third-Party Complaint, Counterclaim and Cross-Claim; e-mail same to Andrew Kelly, Esq. for review and comment. | 0.80 | $200.00 | $160.00 |
| 01/14/2022 | RSR | B320-Plan and Disclosure Statement (including | 2.80 | $400.00 | $1,120.00 |



290 W. Mount Pleasant Avenue, Suite 2350, Livingston, NJ 07039

| | | | | | |
|---|---|---|---|---|---|
| | | Business Plan)<br>Draft confirmation order in accordance with Letter Decision | | | |
| 01/14/2022 | MBM | B160-Fee/Employment Applications<br>Emails to team and accounting regarding final fee application. | 0.20 | $225.00 | $45.00 |
| 01/18/2022 | MBM | B110-Case Administration<br>Review of email from Chris Turcotte regarding Chase settlement. Email to R. Trenk regarding same. | 0.20 | $225.00 | $45.00 |
| 01/19/2022 | RSR | B320-Plan and Disclosure Statement (including Business Plan)<br>Conference call with R. Trenk and SubV Trustee regarding revisions to confirmation order | 1.00 | $400.00 | $400.00 |
| 01/19/2022 | RDT | B110-Case Administration<br>Conf w N Isaacson Re Order, litigation, Maiss, related issues | 0.50 | $650.00 | $325.00 |
| 01/19/2022 | MBM | B110-Case Administration<br>Prepare Notice of Settlement in Mon v. Chase Adversary. | 0.40 | $225.00 | $90.00 |
| 01/20/2022 | MBM | B110-Case Administration<br>Preparation of Chart of Outstanding Fees. Discuss same with R. Trenk. | 0.80 | $225.00 | $180.00 |
| 01/20/2022 | MBM | B110-Case Administration<br>Compile and e-file Notice of Settlement re Chase adversary. Email to C. Turcotte regarding same. Update file and calendar. | 0.30 | $225.00 | $67.50 |
| 01/21/2022 | RDT | B110-Case Administration<br>Revise Confirmation Order; forward to N Isaacson for consideration | 0.30 | $650.00 | $195.00 |
| 01/24/2022 | RSR | B110-Case Administration<br>Telephone call with C. Phillips re: remaining issues in bankruptcy, MOR | 0.20 | $400.00 | $80.00 |
| 01/25/2022 | MBM | B110-Case Administration<br>Compile Proposed Order Confirming Plan. Email to chambers regarding same. | 0.30 | $225.00 | $67.50 |
| 01/28/2022 | MBM | B110-Case Administration<br>Revise Order Confirming Plan. Email to chambers regarding same. | 0.30 | $225.00 | $67.50 |
| 01/31/2022 | MBM | B110-Case Administration<br>Compare and redline Order Confirming Plan. Email to chambers regarding same. Discuss same with R. Roglieri. | 0.40 | $225.00 | $90.00 |



290 W. Mount Pleasant Avenue, Suite 2350, Livingston, NJ 07039

| | | | | | |
|---|---|---|---|---|---|
| **For professional services rendered** | | | **12.50** | | **$4,397.00** |

**Additional Charges**

| Date | | Details | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 01/11/2022 | MBM | E101-Copying | 675 | $0.10 | $67.50 |
| 01/11/2022 | MBM | E108-Postage | 45 | $0.73 | $32.85 |
| 01/31/2022 | RDT | E106-Online research Pacer | 1 | $34.80 | $34.80 |
| 01/31/2022 | RSR | E106-Online research Pacer | 1 | $5.30 | $5.30 |

| | |
|---|---|
| **Total additional charges** | **$140.45** |

| | |
|---|---|
| **Invoice Amount** | **$4,537.45** |