NANCY ISAACSON
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue, Suite 301
Roseland, NJ  07068-3701
Tel. No. 973-535-1600
Subchapter V Trustee, Nancy Isaacson

Order Filed on April 7, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: | Chapter 11 Proceeding |
|---|---|
| DEAN R. MON,  Debtor. | Case No. 21-14511/KCF |

**ORDER GRANTING ALLOWANCES**

The relief set forth on the following page numbered 2 is hereby **ORDERED.**

**DATED: April 7, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court finds that the persons named below filed applications for allowances and for good cause shown;

ORDERED that compensation and expenses are allowed as follows:

| Applicant | Fees | Expenses |
|---|---|---|
| Nancy Isaacson, Subchapter V Trustee | $22,240.00 | $250.00 |