NANCY ISAACSON
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue, Suite 301
Roseland, NJ  07068-3701
Tel. No. 973-535-1600
Subchapter V Trustee, Nancy Isaacson

Order Filed on April 7, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DEAN R. MON,<br><br>　　　　　　　　　　Debtor. | Chapter 11 Proceeding<br><br>Case No. 21-14511/KCF |

### ORDER GRANTING ALLOWANCES

The relief set forth on the following page numbered 2 is hereby **ORDERED.**

**DATED: April 7, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court finds that the persons named below filed applications for allowances and for good cause shown;

ORDERED that compensation and expenses are allowed as follows:

| Applicant | Fees | Expenses |
| --- | --- | --- |
| Nancy Isaacson, Subchapter V Trustee | $22,240.00 | $250.00 |

United States Bankruptcy Court

District of New Jersey

In re: Case No. 21-14511-KCF

Dean R Mon   Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dean R Mon, 345 Ocean Blvd; Apt 306, Long Branch, NJ 07740-6471 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew J. Kelly | on behalf of Interested Party Karen Fluharty akelly@kbtlaw.com wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com |
| Andrew J. Kelly | on behalf of Defendant 175 West 7th Urban Renewal  LLC akelly@kbtlaw.com, wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com |
| Andrew J. Kelly | on behalf of 3rd Pty Defendant Wanessa Vaccaro akelly@kbtlaw.com wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com |
| Andrew J. Pincus | on behalf of Defendant Lance Maiss ap@seidmanllc.com |
| Andrew J. Pincus | on behalf of 3rd Party Plaintiff Lance Maiss ap@seidmanllc.com |

Case 21-14511-KCF    Doc 251    Filed 04/13/22    Entered 04/14/22 00:14:19    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Andrew J. Pincus
    on behalf of Defendant Bighorn Investment Group LTD ap@seidmanllc.com

Andrew J. Pincus
    on behalf of Creditor Bighorn Investment Group LTD ap@seidmanllc.com

Andrew J. Pincus
    on behalf of Creditor Lance Maiss ap@seidmanllc.com

Andrew J. Pincus
    on behalf of 3rd Party Plaintiff Bighorn Investment Group LTD ap@seidmanllc.com

Barry Scott Miller
    on behalf of Interested Party Rene Jinorio bmiller@barrysmilleresq.com

Charles A. Gruen
    on behalf of Creditor Joshua Jones cgruen@gruenlaw.com

Christopher B. Turcotte
    on behalf of Defendant JP Morgan Chase Bank  N.A. s/b/m/t Chase Bank USA, N.A. cturcotte@cbtlaw.com

Daniel C. Stark
    on behalf of Transferee SNOWPOINT CAPITAL REIT INC. dstark@newmansimpson.com
    dcruz@newmansimpson.com;dsimpson@newmansimpson.com

David Fornal
    on behalf of Creditor BCB Community Bank dfornal@maselliwarren.com

George R. Hirsch
    on behalf of Creditor Millennium Trust Company  LLC, as Custodian for the Benefit of Dennis M. Sweeney Alternative
    Investment IRA ghirsch@sillscummis.com, mco@sillscummis.com

Gregory Kopacz
    on behalf of Creditor Millennium Trust Company  LLC, as Custodian for the Benefit of Dennis M. Sweeney Alternative
    Investment IRA gkopacz@sillscummis.com

Harry J. Giacometti
    on behalf of Creditor Anthony & Pamela Bevilacqua harry.giacometti@flastergreenberg.com
    giacometti.flastergreenberg@gmail.com;jennifer.vagnozzi@flastergreenberg.com

John Greco
    on behalf of Creditor Simpson & Brown jgreco@bvgklaw.com

Joseph Casello
    on behalf of Interested Party Dynamic Engineering jcasello@cvclaw.net  jcasello627@gmail.com

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Michael McLaughlin
    on behalf of Creditor Ronald Sozio mmclaughlin@mmcllaw.com

Nancy Isaacson
    on behalf of Trustee Nancy Isaacson nisaacson@greenbaumlaw.com  isaacson@remote7solutions.com;J101@ecfcbis.com

Nancy Isaacson
    nisaacson@greenbaumlaw.com  isaacson@remote7solutions.com;J101@ecfcbis.com

Paul V. Fernicola
    on behalf of Creditor Concrete Systems  Inc. pvf@fernicolalaw.com

Richard Kaplan
    on behalf of Creditor TDK Construction Inc rkaplan@rkalaw.com

Richard D. Trenk
    on behalf of Attorney Trenk Isabel PC rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

Richard D. Trenk
    on behalf of Debtor Dean R Mon rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

Richard D. Trenk
    on behalf of Plaintiff Dean R. Mon rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

Richard D. Trenk
    on behalf of Defendant Dean R Mon rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

Richard D. Trenk
    on behalf of Plaintiff Dean R Mon rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

Robert M. Marshall
    on behalf of Cross Defendant WLL 175 West No.1 LLC rmarshall@mqlaw.net

Robert M. Marshall

Case 21-14511-KCF    Doc 251    Filed 04/13/22    Entered 04/14/22 00:14:19    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2022 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Robert M. Marshall | on behalf of Plaintiff WLL 175 West No.1 LLC and 175 West No.2 LLC rmarshall@mqlaw.net |
| Robert M. Marshall | on behalf of Defendant WLL 175 West No.1 LLC rmarshall@mqlaw.net |
| Robert M. Marshall | on behalf of Cross Defendant WLL 175 West No.2 LLC rmarshall@mqlaw.net |
| Robert M. Marshall | on behalf of Creditor WLL 175 West No.1 LLC and 175 West No.2 LLC rmarshall@mqlaw.net |
| Robert M. Marshall | on behalf of Defendant WLL 175 West No.2 LLC rmarshall@mqlaw.net |
| Robert M. Marshall | on behalf of Cross-Claimant WLL 175 West No.1 LLC rmarshall@mqlaw.net |
| Robert M. Marshall | on behalf of Cross-Claimant WLL 175 West No.2 LLC rmarshall@mqlaw.net |
| Robert S. Roglieri | on behalf of Attorney Trenk Isabel PC rroglieri@trenkisabel.law  mmassoud@trenkisabel.law |
| Robert S. Roglieri | on behalf of Debtor Dean R Mon rroglieri@trenkisabel.law  mmassoud@trenkisabel.law |
| Robert S. Roglieri | on behalf of Plaintiff Dean R. Mon rroglieri@trenkisabel.law  mmassoud@trenkisabel.law |
| Robert S. Roglieri | on behalf of Plaintiff Dean R Mon rroglieri@trenkisabel.law  mmassoud@trenkisabel.law |
| S. Jason Teele | on behalf of Creditor Millennium Trust Company  LLC, as Custodian for the Benefit of Dennis M. Sweeney Alternative Investment IRA steele@sillscummis.com, steele@sillscummis.com |
| S. Jason Teele | on behalf of Defendant Millennium Trust Company  LLC, as Custodian for the Benefit of Dennis M. Sweeney Alternative Investment IRA steele@sillscummis.com, steele@sillscummis.com |
| Sari Blair Placona | on behalf of Creditor McManimon  Scotland & Baumann, LLC splacona@msbnj.com |
| Steven A. Jayson | on behalf of Creditor Peyton Advisory Services  Inc. Defined Benefits Plan sjayson@msklaw.net, jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Creditor Peyton Advisory Services  Inc. Defined Benefits Plan Trustee@msklaw.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 48